UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   COLLINS, AGATHA         §   Case No. 10-09639
                                 §
                                 §
Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/12/2011 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>11/19/2010</u>      By:   <u>/s/Glenn R. Heyman</u>
                                          Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: COLLINS, AGATHA § Case No. 10-09639
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,501.09 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,501.09 |
| **Balance on hand:** | $ 7,501.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,501.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,500.11 | 0.00 | 1,500.11 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 1,547.50 | 0.00 | 1,547.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 15.04 | 0.00 | 15.04 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,062.65 |
| Remaining balance: | $ 4,438.44 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,438.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,438.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,136.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Target | 875.44 | 0.00 | 214.25 |
| 2 | Cox Cable | 1,592.98 | 0.00 | 389.85 |
| 3 | Chase Bank USA,N.A | 3,454.07 | 0.00 | 845.31 |
| 4 | GE Money Bank | 2,163.19 | 0.00 | 529.40 |
| 5 | GE Money Bank | 4,049.11 | 0.00 | 990.94 |
| 6 | American Infosource Lp As Agent forT Mobile/T-Mobile USA Inc | 492.06 | 0.00 | 120.42 |
| 7 | American Express Centurion Bank | 5,509.22 | 0.00 | 1,348.27 |

Total to be paid for timely general unsecured claims: $ 4,438.44
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pgordon              Page 1 of 1                  Date Rcvd: Nov 30, 2010
Case: 10-09639                Form ID: pdf006            Total Noticed: 26

The following entities were noticed by first class mail on Dec 02, 2010.
db           +Agatha Collins,    1633 W. Thome Ave. Apt 203,    Chicago, IL 60660-1250
aty          +Glenn R Heyman,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
aty          +Joseph Wrobel,    Joseph Wrobel, Ltd,    105 W Madison,    Suite 700,    Chicago, IL 60602-4669
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
15216439     +American Express,    PO Box 981537,    El Paso, TX 79998-1537
16145777      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15216440     +Best Buy,    HSBC Retail Services,    PO Box 5253,    Carol Stream, IL 60197-5253
15989303     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15216441      Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
15216442     +Cox Cable,    1550 W. Deer Valley Road,    Phoenix, AZ 85027-2121
15216443     +Fifth Third Bank,    PO Box 829009,    Dallas, TX 75382-9009
15216445      GMAC,    PO Box 380902,    Bloomington, MN 55438-0902
15216447      HSBC,    PO Box 5244,    Carol Stream, IL 60197-5244
15216446     +HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
15216449     +Lord & Taylor,    GE Money Bank,    PO Box 981400,    El Paso, TX 79998-1400
15216450     +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
15216451     +REB, Ltd.,    1515 S. Extension Rd.,    Mesa, AZ 85210-4973
15216453     +SRP Utilities,    1521 N. Project Drive,    Tempe, AZ 85281-1206
15216454     +T Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
15216455     +Target,    PO Box 673,    Minneapolis, MN 55440-0673
The following entities were noticed by electronic transmission on Dec 01, 2010.
16090213      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2010 01:39:46
               American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK   73124-8848
15767981      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2010 01:39:46
               American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK   73124-8866
15216444     +E-mail/Text: rsurguine@fncu.org                            First Northern Credit Union,
               230 W. Monroe St., Suite 2850,    Chicago, IL 60606-4903
16033253      E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2010 01:29:36      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15216448      E-mail/PDF: cr-bankruptcy@kohls.com Dec 01 2010 01:39:56      Kohl's,    C/O Chase,    PO Box 3115,
               Milwaukee, WI 53201-3115
15216452     +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2010 01:29:36      Sams Club,    PO Box 981400,
               El Paso, TX 79998-1400
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Crane, Heyman, Simon, Welch & Clar
15280901*     Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**                                **Signature:** *Joseph Speetjens*